IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISHMAEL JOSEPH JONES, # 172644, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:14-CV-766-WKW ) ) |
| ROBERT BENTLEY, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On October 23, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice for Plaintiff's failure to file the requisite fees or provide the court with financial information in compliance with the order of this court.

An appropriate final judgment will be entered separately.

DONE this 21st day of November, 2014.

                                            /s/ W. Keith Watkins
                                       CHIEF UNITED STATES DISTRICT JUDGE