IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISHMAEL JOSEPH JONES, )<br># 172644, )<br>   )<br>   Plaintiff, )<br>   )<br>v.   )<br>   )<br>ROBERT BENTLEY, *et al.*, )<br>   )<br>   Defendants. ) | CASE NO. 2:14-CV-766-WKW |

# **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is the JUDGMENT and DECREE that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 21st day of November, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE